UNITED STATES DISTRICT COURT
DISCRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| DANIEL HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:17-2155-DCC-KDW |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Deputy Commissioner for Operations, ) | |
| performing the duties and functions not reserved ) | |
| to the Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Defendant, Nancy A. Berryhill, Deputy Commissioner of Social Security, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

**AND IT IS SO ORDERED.**

                                                                     s/Donald C. Coggins, Jr.
                                                                     Hon. Donald C. Coggins, Jr.
                                                                     United States District Judge

April 9, 2018

Spartanburg, South Carolina.